THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEILA B., Appellant.

In the Matter of SHEILA B., Appellant.

Submitted August 2, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLIFFORD BRATHWAITE, Also Known as ERIC SMITH, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Decided October 19, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies from an order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARCHIE SHANNON, Appellant, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, et al., Respondents.

Submitted July 12, 2010; decided October 19, 2010

Motion for leave to appeal dismissed upon the ground that appellant has been released from custody and, therefore, his liberty is no longer restrained to such a degree as to entitle him to the extraordinary writ of habeas corpus (*see People ex rel. Wilder v Markley*, 26 NY2d 648 [1970]).

Judge PIGOTT taking no part.